JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MURGUIA,<br><br>  Petitioner,<br><br>v.<br><br>NABORS COMPLETION & PRODUCTION SERVICES CO., a Delaware corporation, now known as C&J Well Services, Inc.,<br><br>  Respondent. | Case No.: 2:22-cv-06356-DDP-JPRx<br><br>District Judge: Dean D. Pregerson<br>Magistrate Judge: Jean P. Rosenbluth<br><br>**JUDGMENT [28]** |

WHEREAS, on April 2, 2015 two former employees of Respondent NABORS COMPLETION & PRODUCTION SERVICES CO n/k/a C&J WELL SERVICES, INC. ("NABORS"), Brandyn Ridgeway ("Ridgeway") and Tim Smith ("Smith"), filed a putative class action alleging, among other things, claims under Labor Code §1194(a) and 1771 for failure to pay the minimum prevailing wage and overtime, under Labor Code §226(e) for failure to provide accurate itemized wage statements under Labor Code §226(a), and for related interest and penalties, as well as attorneys' fees and costs, (CACD Case No. 2:15−cv−03436−DDP−VBKx; "Ridgeway class action");

WHEREAS, on June 29, 2015 NABORS brought a motion to compel arbitration of Ridgeway and Smith's individual claims pursuant to 9 U.SC. §2, the Federal Arbitration Act ("FAA") and a written arbitration agreement that included a class action waiver;

WHEREAS, on October 13, 2015 this Court denied NABORS' motion to compel arbitration, finding the arbitration agreement unenforceable;

WHEREAS, NABORS timely appealed the denial of its motion to compel arbitration;

WHEREAS, on February 13, 2018 the Ninth Circuit Court of Appeal issued a Memorandum which reversed the Court's order denying the motion and remanded with instructions;

WHEREAS, on March 30, 2018, Petitioner Jose Murguia ("Murguia"), a putative class member in the Ridgeway class action, commenced an individual arbitration at JAMS;

WHEREAS, Murguia' individual claims were adjudicated by JAMS Arbitrator Honorable Rosalyn M. Chapman (Ret.) resulting in an Interim Award issued May 5, 2022 and a Final Arbitration Award issued September 6, 2022, in favor of Murguia;

WHEREAS, on September 6, 2022 Murguia filed the instant Petition to Confirm Final Arbitration Award, For Further Attorneys' Fees and Costs, and to Enter Judgment Against Nabors; Nabors appeared, filed an answer and filed a crossclaim to vacate the Final Award;

WHEREAS, on April 12, 2023 the Court granted Murguia's motion and confirmed the Final JAMS Arbitration Award issued by Arbitrator Hon. Rosalyn M. Chapman (Ret.) on September 6, 2022, in the Arbitration JAMS Case No. 1220058939 and denied NABORS' request to vacate the award.

THEREFORE, IT IS ADJUDGED THAT:

Petitioner JOSE MURGUIA shall recover against Respondent NABORS COMPLETION & PRODUCTION SERVICES CO n/k/a C&J WELL SERVICES, INC. ("NABORS") in the amount of $71,419 in unpaid wages (including credits in the amount of $7,436 for fringe-benefits), $58,971 in interest through February 15, 2022, daily interest

in the amount of $19.56 on the unpaid wages and interest thereon at the rate of 10% per annum until wages and interest are paid in full, $25,072.50 in penalties under Labor Code section 203, $2,050 in penalties under Labor Code section 226, $177,391.75 in attorney fees, and $4,391.95 in costs as awarded by the Arbitrator; and,

    Additional post-arbitration attorneys' fees in the amount of $8,039.50 and for costs in the amount of $402.

DATED: April 14, 2023

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE